OPINION — AG — ** MEMORANDUM ** COMPULSORY ATTENDANCE — SCHOOLS ** MEMORANDUM DEALING WITH: HOURS OF ATTENDANCE OF SCHOOL, INSTRUCTION, RELIGION, PRIVATE SCHOOLS, COURSES, ATTENDANCE, STUDENTS, PUBLIC FUNDS) CITE: 70 O.S. 4-22 [70-4-22], 70 O.S. 10-10 [70-10-10], 70 O.S. 11-1 [70-11-1] ARTICLE II, SECTION 5, ARTICLE VII, SECTION 4, ARTICLE VII, SECTION 1, ARTICLE VII, SECTION 5, ARTICLE VII, SECTION 6 (?)